UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| **BRENT ROTTER,** | \* |
| **an individual,** | \* |
| | \* |
| | \* |
| **PLAINTIFF,** | \* |
| | \* Case No. 2:24-cv-00020-JNW |
| | \* |
| v. | \* **VOLUNTARY DISMISSAL PURSUANT TO CR 41** |
| | \* |
| **HKVS, INVESTMENTS, LLC,** | |
| **a limited liability company,** | \* |
| | \* |
| **DEFENDANT.** | \* |
| | \* |
| | \* |
| | \* |
| | \* |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice the above-referenced action is voluntarily dismissed, without prejudice against the Defendants.

Dated this the 4th day of December, 2024.

Respectfully submitted,

By: _____
Peter Barnett, WSBA No. 50945
Attorney for Plaintiff
Telephone: 425-298-3922
peter@peterbarnettlaw.com

**DEFENDANT TO BE SERVED:**
HKVS, INVESTMENTS, LLC
C/O HUOR LONG
16644 Sylvester Road Southwest
Burien, WA 98166